ACCEPTED
15-25-00027-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/18/2025 3:43 PM
CHRISTOPHER A. PRINE
CLERK

NO. 15-25-00027-CV

IN THE COURT OF APPEALS
FOR THE FIFTEENTH JUDICIAL DISTRICT
AT AUSTIN, TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/18/2025 3:43:08 PM
CHRISTOPHER A. PRINE
Clerk

**NICHOLAS KREINES, DAVID P. RYAN, LIBERTY MINERAL PARTNERS LLC, NAK RESOURCES INC, AND CGR OIL AND GAS, LLC**,

*Appellants,*

v.

**ES3 MINERALS, LLC**,

*Appellee.*

## APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

Appellants Nicholas Kreines ("Kreines"), David P. Ryan ("Ryan"), Liberty Mineral Partners LLC ("LMP"), NAK Resources Inc. ("NAK"), and CGR Oil and Gas, LLC ("CGR," and all together, the "Appellants") file this Motion for Extension of Time to File Appellant's Reply Brief.

1.      Appellants' Reply Brief is currently due on or before July 28, 2025.

2.      Appellants seek a 15-day extension of time to file their reply brief, which would make the brief due on or before August 12, 2025.

3.      This extension of time is necessary due to other conflicting deadlines and scheduling challenges.  Specifically, counsel for Appellants

have a number of upcoming appellate deadlines and scheduled vacation that impact the current briefing deadline for their reply brief.

4. Counsel for Appellants has another appellate brief also due on July 28, 2025, to the Thirteenth Court of Appeals in *Aransas County v. NorthStar Recovery Services, Inc.*, No. 13-25-00159-CV.

5. The following week, counsel for Appellants have four appellate briefs currently due on Monday, August 4, 2025. Counsel for Appellants have two reply briefs due to the Thirteenth Court of Appeals in *Aranas County v. Western Steel Company and T2J Partners LLC*, No. 13-25-00148-CV. The same day, counsel for Appellants have an initial brief due in the appeal styled *Aransas County, Texas v. T2J Partners, LLC*, No. 13-25-00323-CV in the Thirteenth Court of Appeals. Finally, counsel for Appellants has a response brief due in *Public Utility Commission v. Denton*, No. 15-25-00018-CV in the Fifteenth Court of Appeals.

6. Lead counsel for Appellants is currently out of the country until July 28, 2025, pursuant to his vacation letter filed on April 1, 2025. Additionally, the undersigned counsel will be out of the office July 23–25 for a State Bar of Texas Conference.

2

7.     This Motion is not filed for the purpose of delay, but to allow counsel adequate time to prepare a reply brief that will protect the interests of Appellants and be helpful to the Court.

8.     Counsel for Appellants has conferred with counsel for Appellee and Appellee does not oppose this motion to extend time.

For these reasons, Appellants request that this Court grant Appellants' Motion for Extension of Time to File Appellants' Reply Brief, so that the reply brief will be due on or before August 12, 2025. Appellants also request any other relief to which they may be entitled.

Respectfully submitted,

**LLOYD GOSSELINK**
  **ROCHELLE & TOWNSEND, P.C.**
816 Congress Avenue, Suite 1900
Austin, Texas 78701
(512) 322-5800 Phone
(512) 472-0532 Facsimile

By:    */s/ Gabrielle C. Smith*
       JAMES F. PARKER
       State Bar No. 24027591
       jparker@lglawfirm.com
       GABRIELLE C. SMITH
       State Bar No. 24093172
       gsmith@lglawfirm.com
       SYDNEY P. SADLER
       State Bar No. 24117905
       ssadler@lglawfirm.com

**ATTORNEYS FOR APPELLANTS**

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for Appellee, Ryan Clinton, on July 18, 2025. Mr. Clinton informed me that Appellee does not oppose an extension of time for Appellants to file their reply brief.

/s/ Gabrielle C. Smith
GABRIELLE C. SMITH

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to the following attorneys of record via the Court's electronic filing case management system and electronic mail on this 18th day of July, 2025.

Ryan Clinton
rdclinton@dgclaw.com
Laine Weatherford Schmelzer
lwschmelzer@dgclaw.com
DAVIS GERALD & CREMER, PC
515 Congress Ave, Suite 1510
Austin, Texas 78701

Michael D. Marin
mmarin@boulettegolden.com
Steven Garrett
steven@boulettegolden.com
Tori B. Bell
tori@boulettegolden.com
BOULETTE GOLDEN & MARIN L.L.P.
2700 Via Fortuna, Suite 250
Austin, TX 78746

**ATTORNEYS FOR APPELLEE**

/s/ Gabrielle C. Smith
GABRIELLE C. SMITH

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Cathy Daniels on behalf of Gabrielle Smith
Bar No. 24093172
cdaniels@lglawfirm.com
Envelope ID: 103331091
Filing Code Description: Motion
Filing Description: Appellants' Unopposed Motion for Extension of Time to File Reply Brief
Status as of 7/18/2025 4:22 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Ryan Clinton | | rdclinton@dgclaw.com | 7/18/2025 3:43:08 PM | SENT |
| Laine Weatherford Schmelzer | | lwschmelzer@dgclaw.com | 7/18/2025 3:43:08 PM | SENT |
| Kaycie Martinez | | kcmartinez@dgclaw.com | 7/18/2025 3:43:08 PM | SENT |
| James F.Parker | | jparker@lglawfirm.com | 7/18/2025 3:43:08 PM | SENT |
| Gabrielle C.Smith | | gsmith@lglawfirm.com | 7/18/2025 3:43:08 PM | SENT |
| Sydney P.Sadler | | ssadler@lglawfirm.com | 7/18/2025 3:43:08 PM | SENT |
| Michael D.Marin | | mmarin@boulettegolden.com | 7/18/2025 3:43:08 PM | SENT |
| Tori B.Bell | | tori@boulettegolden.com | 7/18/2025 3:43:08 PM | SENT |
| Steven Garrett | | steven@boulettegolden.com | 7/18/2025 3:43:08 PM | SENT |